Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Marcus Fifer )<br>)<br>)<br>Plaintiff | |
| vs. ) | Case Number: 15-3234 |
| )<br>Sangamon County Sheriff's Office, )<br>Wesley Barr, Larry Beck )<br>Defendant | |

### JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**   this case is dismissed for failure to state a claim and a strike is assessed pursuant to 28 U.S.C. Section 1915(g).

**Dated: February 1, 2016**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court